1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCUS LARRY CLEWIS,

11            Plaintiff,                    No. CIV S-09-2120 JAM GGH P

12        vs.

13
     CALIFORNIA PRISON HEALTH
14   CARE SERVICES, et al.,

15            Defendants.                   <u>ORDER FOR PAYMENT</u>

16   _____ /     <u>OF INMATE FILING FEE</u>

17   To:  The Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

18   Sacramento, California 95814:

19            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20   pay the statutory filing fee of $350.00 for this action.  Plaintiff has been assessed an initial partial

21   filing fee of $ 25.84 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that

22   initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

23   twenty percent of the preceding month's income credited to plaintiff's trust account.  The

24   California Department of Corrections and Rehabilitation is required to send to the Clerk of the

25   Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account

26   each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is

                                            1

1    paid in full.  28 U.S.C. § 1915(b)(2).

2                   Good cause appearing therefore, IT IS HEREBY ORDERED that:

3                   1.  The Director of the California Department of Corrections and Rehabilitation or

4    a designee shall collect from plaintiff's prison trust account an initial partial filing fee in the

5    amount of $      and shall forward the amount to the Clerk of the Court.  Said payment shall be

6    clearly identified by the name and number assigned to this action.

7                   2.  Thereafter, the Director of the California Department of Corrections and

8    Rehabilitation or a designee shall collect from plaintiff's prison trust account the $ 324.16

9    balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in

10   an amount equal to twenty percent (20%) of the preceding month's income credited to the

11   prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount

12   in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be

13   clearly identified by the name and number assigned to this action.

14                  3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

15   plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

16   and Rehabilitation, 1515 S Street, Sacramento, California 95814.

17                  4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

18   Department of the court.

19   DATED: November 2, 2009

20                                                          /s/ Gregory G. Hollows

21                                                          UNITED STATES MAGISTRATE JUDGE

22   GGH:009
     clew2120.cdc

23

24

25

26

2