IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS LARRY CLEWIS,

    Plaintiff,                      No. CIV S-09-2120 JAM GGH P

    vs.

CALIFORNIA PRISON HEALTH
CARE SERVICES, et al.,

    Defendants.                 ORDER

_____/

    By Findings and Recommendations, filed on July 23, 2010, this court recommended dismissal of this action without prejudice because plaintiff had not responded to the court's order, filed May 10, 2010, ordering plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. Subsequently, although plaintiff has not provided written objections, he has within the objection period provided the required documents for service of the amended complaint.

\\\\\
\\\\\
\\\\\
\\\\\

1

Accordingly, IT IS HEREBY ORDERED that the July 23, 2010 (docket # 17), Findings and Recommendations, are hereby VACATED and, in a subsequent order, the court will direct the U.S. Marshal to serve the amended complaint.

DATED: August 18, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
clew2120.vac